COMMONWEALTH of Kentucky, DEPT. OF HIGHWAYS, Appellant,

v.

Iva Adams COLLIER and Newt Collier, husband, Appellees.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Letcher Circuit Court; F. Byrd Hogg, Judge.

Jim D. Robinson, Gen. Counsel, Dept. of Highways, Frankfort, Edmond H. Tackett, Pikeville, for appellant.

Ronald G. Polly, Polly & Craft, Whitesburg, for appellees.

Memorandum Opinion PER CURIAM. Affirming.*

BEREA REALTY & FINANCE CO., INC., et al., Appellants,

v.

KY. CENTRAL LIFE INSURANCE CO., Appellee.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Madison Circuit Court; James S. Chenault, Judge.

Robert P. Hastings, Hardy, Logan & Hastings, Louisville, for appellants.

John H. Burrus, Kincaid, Wilson, Schaeffer, Trimble & Hembree, Lexington, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

Frank VETRANO and Pearl Vetrano, Appellants,

v.

LOUISVILLE AND NASHVILLE RAILROAD COMPANY and Codell Construction Company, Appellees.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Bell Circuit Court; W. R. Knuckles, Judge.

Julian H. Golden, Pineville, for appellants.

Glenn W. Denham, Denham, Ralston & Nagle, Middlesboro, Eugene W. Herde, David M. Yearwood, Louisville, James B. Stewart, White, McCann & Stewart, Winchester, for appellees.

Memorandum Opinion by Special Commissioner FRANK R. GOAD, Affirming.*

Phillip Ray JETER, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 25, 1974.

Appeal from Fayette Circuit Court; Charles Tackett, Judge.

Henry E. Hughes, Tackett, Keller, Hughes & Roney, Lexington, for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Reversing.*

* Opinion ordered not to be published.